## Paull *v.* Paull, Appellant.

Argued March 29, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*John Metz,* with him *Ralph C. Davis* and *Charles H. Bode,* for appellant.

*James A. Danahey,* with him *J. I. Simon,* for appappellee.

Opinion Per Curiam, April 22, 1957:

The provision in paragraph 3 of the decree appealed from, which imposes a lien of *lis pendens* on real estate owned by the defendant, Charles T. Paull, and his wife by the entireties to secure the payments ordered by paragraphs 1 and 2 of the decree to be made by Charles T. Paull, individually, to Leo L. Paull, plaintiff, was beyond the power of the court below to decree. Accordingly, paragraph 3 of the decree is hereby declared to be invalid and of no effect.

As so modified, the decree is affirmed at the appellee's costs.